1  Adam C. Kent   SB# 88524
   LAW OFFICE OF ADAM C. KENT
   605 MIDDLEFIELD ROAD
2  REDWOOD CITY, CA 94063
   Tel. (650) 568-2800
3  Fax (650) 568-2809
   Attorney for DELFIN VENOYA
4

5

6

7                    UNITED STATES BANKRUPTCY COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                         SAN FRANCISCO DIVISION

10

11                                          * * *

**In re**

12                                          ) Case No. 08-31074
                                            ) Chapter 11
13     **SHIRLEY REMMERT**                   )
                                            )
       Debtor                                )
14                                          ) **MOTION FOR RELIEF FROM THE**
                                            ) **AUTOMATIC STAY**
15                                          )
                                            ) **Date: July 11th, 2008**
16     _____  ) **Time: 1:30PM**
                                            ) **Courtroom: Hon. Dennis Montali, Courtroom**
17     **DELFIN VENOYA,**                    ) **No.22**
                                            )
18     Movant,                               )
                                            )
19     vs                                    )
                                            )
20     **SHIRLEY REMMERT**                   )
                                            )
21     Respondent                            )

22     _____

23      TO:  SHIRLEY REMMERT, debtor in possession, to the United States Trustee, to all interested

24     parties, and to this Honorable Court:

25

**IN RE REMMERT- MOTION FOR RELIEF FROM**          LAW OFFICES OF ADAM C. KENT
**AUTOMATIC STAY**                                 605 MIDDLEFIELD ROAD
                                                   REDWOOD CITY, CA 94063
                                                   Tel. (650) 568-2800
                                                   Fax (650) 568-2809

COMES NOW Movant DELFIN VENOYA, an unsecured creditor and owner of the premises located at 990 Berkeley Avenue, Menlo Park, California, 94025 ("the Subject Property"), and moves for relief from the automatic stay, or, in the alternative, an adequate protection order, based upon the following:

1. Movant is the owner of the residential real property located at 990 Berkeley Avenue, Menlo Park, California, 94025 Woodside Road, Redwood City, California, ("the premises") which such premises are currently occupied by debtor/Respondent SHIRLEY REMMERT.

2. Movant is also the father of debtor/Respondent. From 1998 to 2003, Debtor/Respondent effected a fraudulent transfer of the Subject Property, and other properties, from Movant to herself. She then encumbered them in an amount in excess of $1.3 million. Movant filed suit in San Mateo County Superior Court, Case No. CIV 438208, in March of 2004, and on March 10th, 2008, Judge Kopp of that court issued the court's ruling that the deed purporting to transfer the subject property from Movant to debtor was void, and further ordered debtor/respondent to vacate said property and ordered the issuance of a Writ of Possession. Copies of the court's order and the Writ are attached to the Declaration of Delfin Venoya, submitted herewith.

3. Debtor has been adjudged a vexatious litigant by the San Mateo County Superior Court. This Chapter 11 proceeding is itself an abusive filing. Debtor filed a Chapter 13 Petition in this Court on October 15th, 2007, which such case was dismissed on January 11th, 2008 because of the debtor's failure to make plan payments. The current case was filed in bad faith within the meaning of 11 USC §362(c)(4)(D).

4. Debtor has no interest or equity whatsoever in the subject property, which is by definition unnecessary to an effective reorganization.

5. Movant is attempting to negotiate a new loan on the property, which is in foreclosure due to the improper and fraudulent encumbrance . Time is of the essence, as the lender has noticed a trustee's sale for July 8th, 2008.

**IN RE REMMERT- MOTION FOR RELIEF FROM AUTOMATIC STAY**      **LAW OFFICES OF ADAM C. KENT**
605 MIDDLEFIELD ROAD
REDWOOD CITY, CA 94063
Tel. (650) 568-2800
Fax (650) 568-2802

2

Case: 08-31074    Doc# 10    Filed: 06/24/08    Entered: 06/24/08 16:15:06    Page 2 of 3

This motion is brought pursuant to 11 USC Section 362(d)(1) for cause.

Movant will also seek attorney's fees and costs incurred in bringing this motion, pursuant to the Lease Agreement, and shall seek such further relief as is just and proper.

This motion shall be based upon these moving papers, as well as the declaration of Delfin Venoya, submitted herewith.

In the event neither the Debtor nor the Debtor's counsel or any interested party appear at the hearing of this motion, the court may grant relief from the Automatic Stay permitting Movant to proceed with its unlawful detainer action against debtor in San Mateo County Superior Court, forthwith.

Date:___6/24/08_____     _s/_____
                                 Adam C. Kent
                                 Attorney for
                                 DELFIN VENOYA

**IN RE REMMERT- MOTION FOR RELIEF FROM AUTOMATIC STAY**

**LAW OFFICES OF ADAM C. KENT**
605 MIDDLEFIELD ROAD
REDWOOD CITY, CA 94063
Tel. (650) 568-2800
Fax (650) 568-2809

3

Case: 08-31074   Doc# 10   Filed: 06/24/08   Entered: 06/24/08 16:45:06   Page 3 of 3